AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ ERICA K. ZUNKEL |
| Date | Signature |
| | Print Name                                    Bar Number |
| | Address |
| | City                    State                    Zip Code |
| | Phone Number                              Fax Number |

1 | **ERICA K. ZUNKEL**
California State Bar No. 229285
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erica_zunkel@fd.org

5 | Attorneys for Uriel Rodriguez-Lopez

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,            )  Case No. 08MJ1291
                                        )
12 |                 Plaintiff,          )
                                        )
13 | v.                                  )  **CERTIFICATE OF SERVICE**
                                        )
14 | URIEL RODRIGUEZ-LOPEZ,              )
                                        )
15 |                 Defendant.          )
   | _____ )

16

17 |        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                             U.S. Attorney CR
                           Efile.dkt.gc2@usdoj.gov

20

21 |                                  Respectfully submitted,

22

23 | DATED:      May 1, 2008              /s/ Erica K. Zunkel
   |                                    **ERICA K. ZUNKEL**
24 |                                    Federal Defenders of San Diego, Inc.
   |                                    Attorneys for Uriel Rodriguez-Lopez

25

26

27

28