AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MAY 2 2 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| URIEL RODRIGUEZ-LOPEZ | CASE NUMBER: 08CR1657-JLS |

I, URIEL RODRIGUEZ-LOPEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5·22·2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Uriel Rodriguez Lopez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER